IN THE UNITED STATES DISTRICT COURT CIRCUIT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YVONNE ORTIZ, Individually and on behalf of all other similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>Defendants. | CIVIL NO. _____<br>(Class Action)<br><br>VERIFICATION |

## VERIFICATION

I, CHAD P. LOVE, being duly sworn under oath, say that I am an attorney for Defendant MENU FOODS HOLDINGS, INC., in this action, that I have the requisite information and am authorized to make this Verification on behalf of

-9-

Dockets.Justia.com

Menu Foods Holdings, and that the statements contained in the foregoing Notice of Removal are true.

DATED: Honolulu, Hawaii, JUN 1 2 2007.

_____
CHAD P. LOVE

Subscribed and sworn to before
me this 12th day of June, 2007.

_____
Notary Public, State of Hawaii
Printed Name: Deanna L. Lee

My Commission Expires: 04/29/08

-10-