# Court Copy

Receipt for Payment
## U.S. District Court - Hawaii

For Internal Use Only
Receipt  239837
Trans    146051

Received From: **LOVE & KIERSCHENBAUM**
Case Number:
Reference Number: **CV 07-323 DAE**

|  | Check | 359.00 |
|---|---|---|
|  | Total | 359.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV FILING FEE | 086900 | 1 | 60.00 |
| CV FILING FEE | 510000 | 1 | 190.00 |
| CV FILING FEE | 086400 | 1 | 100.00 |
| CERTIFICATION | 322360 | 1 | 5.00 |
| CERTIFICATION | 510000 | 1 | 4.00 |

|  | Total | 359.00 |
|---|---|---|
|  | Tend | 359.00 |
|  | Due | 0.00 |

06/13/2007 07:50:20 AM    Deputy Clerk: verna/DT