LOVE & KIRSCHENBAUM
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE  1617-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. 546-7575
Fax. No. 546-7070
Email address:  cl@lkhawaii.com

Attorneys for Defendant Menu Foods Holdings, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YVONNE ORTIZ, Individually and on behalf of all other similarly situated persons,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>　　　　　　Defendants. | CIVIL NO. CV07-00323DAELEK<br>(Class Action)<br><br>NOTICE OF HEARING; MENU FOODS HOLDINGS, INC.'S MOTION TO STAY ALL PROCEEDINGS; MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STAY ALL PROCEEDINGS; EXHIBIT A; DECLARATION OF CHAD P. LOVE; CERTIFICATE OF SERVICE<br><br>**HEARING SET:**<br>DATE: _____<br>TIME: _____<br>JUDGE: _____ |

-1-

## NOTICE OF HEARING

TO:  THOMAS R. GRANDE, ESQ.
851 Fort Street, Ste. 400
Honolulu, HI 96813
    and
EMILY A. GARDNER, ESQ.
Dillingham Transportation Building
735 Bishop St., Ste. 402
Honolulu, HI 96813
(Attorneys for Plaintiff)

NOTICE IS HEREBY GIVEN that the above-entitled motion shall come on for hearing before the Honorable _____, Judge of the above-entitled Court, in ____ courtroom in the Prince Jonah Kuhio Kalanianaole Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850, at _____ __.m., on _____, 2007, or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, ____June 15, 2007_____.

              _____/s/ Chad P. Love_____
              CHAD P. LOVE
              BARBARA J. KIRSCHENBAUM
              Attorneys for Defendant Menu Foods
              Holdings, Inc.