IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| YVONNE ORTIZ, Individually and on behalf of all other similarly situated persons, | ) ) ) ) | CIVIL NO. CV07-00323DAELEK (Class Action) |
| Plaintiff, | ) ) ) | DECLARATION OF CHAD P. LOVE |
| vs. | ) ) | |
| MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

**DECLARATION OF CHAD P. LOVE**

The undersigned hereby declares that:

1.     Attached hereto as **Exhibit A** is a true and accurate copy of "Plaintiffs Jayme Pittsonberger, David Carter and Jim Bullock's Motion for Transfer and Coordination Pursuant to 28 U.S.C. §1407", filed in the MDL matter designated as MDL-1850, "In re Pet Foods Product Liability Litigation", on April 19, 2007.

Dockets.Justia.com

-2-

I declare under penalty of law that the foregoing is true and correct; I am an attorney licensed to practice law before all the courts in Hawaii and am one of the attorneys for Defendant.  I have personal knowledge of the matters discussed herein.

DATED:  Honolulu, Hawaii, _____June 15, 2007_____.


_____/s/ Chad P. Love_____
CHAD P. LOVE