LOVE & KIRSCHENBAUM
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE  1617-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. 546-7575
Fax. No. 546-7070
Email address:  cl@lkhawaii.com

Attorneys for Defendant Menu Foods Holdings, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YVONNE ORTIZ, Individually and on behalf of all other similarly situated persons,<br><br>          Plaintiff,<br><br>     vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>          Defendants.<br>_____ | CIVIL NO. CV07-00323DAELEK<br>(Class Action)<br><br>DEFENDANT MENU FOODS HOLDINGS, INC.'S CORPORATE DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE |

-2-

## DEFENDANT MENU FOODS HOLDINGS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Menu Foods Holdings, Inc., hereby discloses that it is a Delaware corporation with its principal place of business in Pennsauken, New Jersey. Menu Foods Limited owns 10% or more of Menu Foods Holdings, Inc.'s stock.

DATED:  Honolulu, Hawaii,    June 15, 2007    .

       /s/ Chad P. Love
CHAD P. LOVE
BARBARA J. KIRSCHENBAUM

Attorneys for Defendant Menu Foods Holdings, Inc.