IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YVONNE ORTIZ, Individually and on behalf of all other similarly situated persons,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>　　　　　　Defendants.<br>_____ | CIVIL NO. CV07-00323DAELEK<br>(Class Action)<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

THOMAS R. GRANDE, ESQ.  tgrande@davislevin.com    June 15, 2007

-2-

Served via United States Postal Service, postage prepaid on June 15, 2007:

> EMILY A. GARDNER, ESQ.
> Dillingham Transportation Building
> 735 Bishop St., Ste. 402
> Honolulu, HI  96813

DATED:  Honolulu, Hawaii,    June 15, 2007    .


      /s/ Chad P. Love
CHAD P. LOVE
BARBARA J. KIRSCHENBAUM

Attorneys for Defendant Menu Foods Holdings, Inc.

-2-