LOVE & KIRSCHENBAUM
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE  1617-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. 546-7575
Fax. No. 546-7070
Email address:  cl@lkhawaii.com

Attorneys for Defendant Menu Foods Holdings, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YVONNE ORTIZ, Individually and on behalf of all other similarly situated persons,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>　　　　　　Defendants.<br>_____ | CIVIL NO. CV07-00323DAELEK<br>(Class Action)<br><br>DEFENDANT MENU FOODS HOLDINGS, INC.'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT, FILED 05/11/07; DECLARATION OF CHAD P. LOVE; ORDER GRANTING DEFENDANT MENU FOODS HOLDINGS, INC.'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT, FILED 05/11/07; CERTIFICATE OF SERVICE |

### DEFENDANT MENU FOODS HOLDINGS, INC.'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT, FILED 05/11/07

Defendant Menu Foods Holdings, Inc., hereby applies, ex parte, for an extension of time to answer or otherwise respond to Plaintiff's Complaint, filed on May 11, 2007. Defendant Menu Foods Holdings requests that it be allowed the longer of the following in which to Answer (or otherwise respond to) the Complaint: (1) 60 days, from June 19, 2007, to August 17, 2007 or (2) in the event that this Court denies Defendant Menu Foods Holdings' "Motion to Stay All Proceedings" (filed on 6/15/07), 30 days from the filing of the Order Denying the "Motion to Stay".

This Application is based on Local Rules 6.2, 7.1, and 7.2 of the Rules of the United States District Court for the District of Hawaii, Rules 6 and 7 of the Federal Rules of Civil Procedure, the Declaration attached hereto, and the records and files herein.

DATED: Honolulu, Hawaii, ____June 18, 2007____.

       /s/ Chad P. Love
CHAD P. LOVE
BARBARA J. KIRSCHENBAUM
Attorneys for Defendant Menu Foods Holdings, Inc.