IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YVONNE ORTIZ, Individually and on behalf of all other similarly situated persons, ) ) ) ) | CIVIL NO. CV07-00323DAELEK (Class Action) |
| Plaintiff, ) ) | ORDER GRANTING DEFENDANT MENU FOODS HOLDINGS, INC.'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT, FILED 05/11/07 |
| vs. ) ) | |
| MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100, ) ) ) ) ) ) ) | |
| Defendants. ) ) ) | |

**ORDER GRANTING DEFENDANT MENU FOODS HOLDINGS, INC.'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT, FILED 05/11/07**

Defendant Menu Foods Holdings, Inc., Ex Parte Application for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, filed 05/11/07, having been duly considered by the Court and good cause appearing therefore,

Dockets.Justia.com

Defendant Menu Foods Holdings, Inc.'s ("Menu Foods Holdings") Ex parte Application For Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, having been filed herein on June 18, 2007, and good cause appearing therefor;

IT IS HEREBY ORDERED that the Application is granted and Defendant Menu Foods Holdings, Inc., shall have the longer of the following in which to Answer the Complaint:  (1) a 60 day extension (from June 19, 2007 to August 17, 2007) or (2) in the event that this Court denies Defendant Menu Foods Holdings, Inc.'s "Motion to Stay", 30 days from the filing of the Order Denying the "Motion to Stay".

DATED:  Honolulu, Hawaii, _____.


_____
Judge of the above-entitled Court