IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YVONNE ORTIZ, Individually and on behalf of all other similarly situated persons,<br><br>              Plaintiff,<br><br>     vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>              Defendants.<br>_____ | CIVIL NO. CV07-00323DAELEK<br>(Class Action)<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

THOMAS R. GRANDE, ESQ.   tgrande@davislevin.com    June 18, 2007

-2-

Served via hand delivery on June 18, 2007:

    EMILY A. GARDNER, ESQ.
    Dillingham Transportation Building
    735 Bishop St., Ste. 402
    Honolulu, HI  96813

DATED:  Honolulu, Hawaii,    June 18, 2007    .

        /s/ Chad P. Love
        CHAD P. LOVE
        BARBARA J. KIRSCHENBAUM

        Attorneys for Defendant Menu Foods Holdings, Inc.