LOVE & KIRSCHENBAUM
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE  1617-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawai`i  96813
Tel. No. 546-7575
Fax. No. 546-7070
Email address:  cl@lkhawaii.com

Attorneys for Defendant Menu Foods Holdings, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAΓI

| | |
|---|---|
| YVONNE ORTIZ, Individually and on behalf of all other similarly situated persons, | ) ) ) ) |  CIVIL NO. CV07-00323DAELEK (Class Action) |
| Plaintiff, | ) ) | ORDER GRANTING DEFENDANT MENU FOODS HOLDINGS, INC.'S |
| vs. | ) ) | EX PARTE APPLICATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE |
| MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100, | ) ) ) ) ) ) ) | RESPOND TO PLAINTIFF'S COMPLAINT, FILED 05/11/0 |
| Defendants. | ) ) ) ) | |
| _____ | ) | |

Dockets.Justia.com

**ORDER GRANTING DEFENDANT MENU FOODS HOLDINGS,**

**INC.'S EX PARTE APPLICATION FOR EXTENSION OF
TIME TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT, FILED 05/11/07**

Defendant Menu Foods Holdings, Inc., Ex Parte Application for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, filed 05/11/07, having been duly considered by the Court and good cause appearing therefore,

Defendant Menu Foods Holdings, Inc.'s ("Menu Foods Holdings") Ex parte Application For Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, having been filed herein on June 18, 2007, and good cause appearing therefor;

IT IS HEREBY ORDERED that the Application is granted and Defendant Menu Foods Holdings shall have the longer of the following in which to Answer (or otherwise respond to) the Complaint:  (1) 60 days from June 19, 2007 to August 17, 2007; or (2) in the event that this Court denies Defendant Menu Foods Holdings' "Motion to Stay" (filed on June 15, 2007), 30 days from the filing of the Order denying the "Motion to Stay".

DATED:  Honolulu, Hawai`I, June 18, 2007.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

**YVONNE ORTIZ V. MENU FOODS, ET AL; CIVIL NO. 07-00323 DAE-LEK; ORDER GRANTING DEFENDANT MENU FOODS HOLDINGS, INC.'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPANY, FILED MAY 11, 2007**