DAVIS LEVIN LIVINGSTON GRANDE

THOMAS R. GRANDE       3954
851 Fort Street, Suite 400
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Facsimile: (808) 356-0418
Email: tgrande@davislevin.com


EMILY A. GARDNER       6891
Attorney at Law
Dillingham Transportation Building
735 Bishop Street, Suite 402
Honolulu, Hawaii 96813
Telephone: (808)-540-0200
Facsimile: (808)-540-0201
Email: eagardner@hawaii.rr.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YVONNE ORTIZ, individually and on behalf of all other similarly situated persons,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MENU FOODS, INC., a New Jersey Corporation; MENU FOODS HOLDINGS, INC., a Delaware Corporation, MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1- 100,<br><br>　　　　　Defendants. | Civil No. CV07-00323 DAE LEK (Class Action)<br><br>NOTICE OF PLAINTIFF'S MOTION FOR REMAND; PLAINTIFF'S MOTION FOR REMAND; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>HEARING SET:<br>Date: _____<br>Time: _____<br>Judge: _____ |

## NOTICE OF PLAINTIFF'S MOTION FOR REMAND

TO:        Chad P. Love
             Barbara J. Kirschenbaum
             Love & Kirschenbaum
             1164 Bishop Street, Ste. 1105
             Honolulu, Hawaii 96813

NOTICE IS HEREBY GIVEN that the above-entitled motion shall come for hearing before the Honorable _____, Judge of the above entitled Court, in _____ courtroom in the Prince Jonah Kuhio Kalanianaole Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850, at _____ __.m, on _____, 2007, or as soon thereafter as counsel be heard.

DATED: Honolulu, Hawaii, July 12, 2007.

                                                  /s/ Thomas R. Grande
                                            THOMAS R. GRANDE
                                            EMILY A. GARDNER

                                            Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YVONNE ORTIZ, individually and on behalf of all other similarly situated persons,<br><br>          Plaintiff,<br><br>  v.<br><br>MENU FOODS, INC., a New Jersey Corporation; MENU FOODS HOLDINGS, INC., a Delaware CORPORATION, MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1- 100,<br><br>          Defendants. | Civil No.  CV07-00323 DAE LEK<br>(Class Action)<br><br>PLAINTIFF'S MOTION FOR REMAND |

**PLAINTIFF'S MOTION FOR REMAND**

      Plaintiff above named moves pursuant to Federal Rules of Civil Procedure 7, Local Rule 7.2 and 28 USC 1447 for remand of this action to state court.

      Under the Class Action Fairness Act (CAFA) and <u>Lowdermilk v. U.S. Bank National Ass'n</u>, 479 F.3d 994 (9th Circuit, 2007), Defendant Menu[1] has failed to prove to a "legal certainty" that the requirements for original jurisdiction in federal courts have been met.  Specifically, Defendant Menu has failed to introduce any evidence of: (1) class size or (2) class damages to verify that damages in this action exceed $5 million.  Defendant Menu has instead only offered the court conjecture and speculation in specific violation of the requirements of <u>Lowerdermilk</u>.  Because of Defendant Menu's failure to

---

[1] At the time of filing the removal petition, only Defendant Menu Foods, Inc. had been served with the complaint.  At the time of filing this motion, Defendant Menu Foods Holdings, Inc. has also been served with the complaint.

meet its burden, Plaintiff respectfully requests that the Court remand this case to Hawaii circuit court.

This motion is based upon the attached memorandum and all the pleadings and filings in this case.

DATED: Honolulu, Hawaii, July 12, 2007.

                                               /s/ Thomas R. Grande
                                          THOMAS R. GRANDE
                                          EMILY A. GARDNER

                                          Attorneys for Plaintiff