IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YVONNE ORTIZ, individually and on behalf of all other similarly situated persons,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MENU FOODS, INC., a New Jersey Corporation; MENU FOODS HOLDINGS, INC., a Delaware Corporation, MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1- 100,<br><br>　　　　　　Defendants. | Civil No. CV07-00323 DAE LEK<br>(Class Action)<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF

| | | |
|---|---|---|
| Chad P. Love | dl@lkhawaii.com | July 12, 2007 |
| Barbara J. Kirschenbaum | bk@lkhawaii.com | July 12, 2007 |

DATED: Honolulu, Hawaii, July 12, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Thomas R. Grande
　　　　　　　　　　　　　　　　　　　　　　THOMAS R. GRANDE
　　　　　　　　　　　　　　　　　　　　　　EMILY A. GARDNER

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Dockets.Justia.com