# MINUTES

CASE NUMBER:   CIVIL NO. 07-00323DAE-LEK

CASE NAME:   Yvonne Ortiz, et al. Vs. Menu Foods, Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:   7/13/2007                      TIME:

COURT ACTION:  EO: Regarding Plaintiff's Motion for Remand filed on 7/12/07.

Please be informed that Magistrate Judge Leslie E. Kobayashi will be considering Plaintiff's Motion for Remand as a Non-Hearing motion.

Memorandum in Opposition is due **7/27/07.**
Reply Memorandum is due **8/10/07.**

Plaintiff's Motion for Remand will be taken under Advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

Submitted by: Warren N. Nakamura, Courtroom Manager