BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE PET FOOD PRODUCTS )
LIABILITY LITIGATION ) MDL Docket No. 1850

## NOTICE OF POTENTIAL TAG ALONG ACTIONS

NOW COME the Defendants collectively referred to as "Menu Foods," by and through their attorneys, DLA PIPER US LLP, and pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, hereby submits the following list of potential tag along actions:

1. A. *Leslie Berndl and Jim and Terri Moses; individually and on behalf of all others similarly situated v. Menu Foods, Inc., Menu Foods Income Funds, and Menu Foods Midwest Corporation*

   B. United States District Court for the District of New Jersey

   C. 07-CV-1553

   D. Judge Noel L. Hillman

2. A. *Gregory Boehm v. Menu Foods, Inc. and Menu Foods Genpar Limited (aka Menu Foods Limited) and Menu Foods Income Fund*

   B. United States District Court for the Northern District of Ohio (Eastern Division)

   C. 07-CV-1018

   D. Judge Peter C. Economus

3. A. *Lynne Carestio, on behalf of herself and all others similarly situated v. Menu Foods Limited, Menu Foods Inc., and Menu Foods Midwest Corporation*

   B. United States District Court for the District of New Jersey

   C. 07-CV-1762



      D.    Judge Noel L. Hillman

4.    A.    *Steve Colquitt and Marianna Cutter, individually and on behalf of all others similarly situated v. Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation and Menu Foods South Dakota, Inc.*

      B.    United States District Court for the District of New Jersey

      C.    07-CV-1738

      D.    Judge Noel L. Hillman

5.    A.    *James Conner and Frances Nash, individually and on behalf of all others similarly situated v. Menu Foods, Inc., Menu Foods Income Funds, and Menu Foods Midwest Corporation*

      B.    United States District Court for the District of New Jersey

      C.    07-CV-1623

      D.    Judge Noel L. Hillman

6.    A.    *Chantelle Conti and Cheri Cutler, on behalf of themselves and all others similarly situated v. Menu Foods Limited, Menu Foods, Inc. and Menu Foods Midwest Corporation*

      B.    United States District Court for the District of New Jersey

      C.    07-CV-1638

      D.    Judge Noel L. Hillman

7.    A.    *Kirby Cooper, individually and on behalf of all others similarly situated v. Menu Foods Income Fund, Menu Foods Midwest Corporation, Menu Foods South Dakota, Inc., Menu Foods, Inc., Menu Foods Holdings, Inc., and Wal-Mart Stores, Inc.*

      B.    United States District Court for the Western District of Arkansas (Texarkana Division)

EXHIBIT B

        C.     07-CV-4036

        D.     Judge Harry F. Barnes

8.   A.    *Luke deBarathy, on behalf of himself and all others similarly situated v. Menu Foods Income Fund, Menu Foods, Inc., a New Jersey Corporation, Menu Foods Holdings, Inc., and Menu Foods Midwest Corporation, a Delaware Corporation, Xuzhou Anying Biologic Technology Development Company Ltd., Suzhou Textile Import and Export Company*

    B.    United States District Court for the District of New Jersey

    C.    07-CV-1739

    D.    Judge Noel L. Hillman

9.   A.    *Mary DiCaprio, individually and on behalf of all others similarly situated v. Menu Foods Income Fund, Menu Foods, Inc., Menu Foods Midwest Corporation, Menu Foods South Dakota Inc., Menu Foods Holdings, Inc., Wal-Mart Stores, Inc., a Delaware Corporation d/b/a Wal-Mart Super Center Store No. 2287*

    B.    United States District Court for the Western District of Pennsylvania

    C.    07-CV-0734

    D.    Judge David S. Cercone

10.   A.    *Diana Diedrich, individually and on behalf of all others similarly situated v. Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation, and Menu Foods South Dakota Inc.*

    B.    United States District Court for the District of New Jersey

    C.    07-CV-1700

    D.    Judge Noel L. Hillman

11.   A.    *Stephen Donnelly and Jennifer Hirni, on behalf of themselves and all others similarly situated v. Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Holding, Inc., and Menu Foods Midwest Corporation, a Delaware Corporation, Chemnutra Inc., a Delaware Corporation, Chemnutra LLC, Xuzhou Anying*

EXHIBIT B

        *Biologic Technology Development Company Ltd., Suzhou Textile Import and Export Company*

   B.    United States District Court for the Southern District of Florida

   C.    07-CV-20955

   D.    Judge Joan A. Lenard

12.  A.    *Maria Teresa Ferrarese, individually and on behalf of all others similarly situated v. Menu Foods, Inc., Menu Foods Midwest Corporation, Menu Foods Income Fund, and Menu Foods Limited*

   B.    United States District Court for the Middle District of Florida (Fort Myers Division)

   C.    07-CV-235

   D.    Judge John E. Steele

13.  A.    *Steven Freeman, individually and on behalf of all others similarly situated v. Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation, and Menu Foods South Dakota, Inc.*

   B.    United States District Court for the District of New Jersey

   C.    07-CV-1646

   D.    Judge Noel L. Hillman

14.  A.    *Lois Grady, Kay Steinsapir, individually and on behalf of all others similarly situated v. Menu Foods Income Fund, Menu Foods Limited, Menu Foods Operating Limited Partnership, Menu Foods Midwest Corp., Petco Animal Supplies, Inc., Nutro Products, Inc. and Does 1 through 100, inclusive*

   B.    United States District Court for the Central District of California

   C.    07-CV-02253

   D.    Judge George H. King

EXHIBIT B

15. A. *Paul Randolph Johnson and Tammy Navarret v. Menu Foods, Inc., Menu Foods Income Fund*

    B. United States District Court for the Central District of California (Western Division)

    C. 07-CV-1987

    D. Judge George H. King

16. A. *Christina Johnson, on behalf of herself and all others similarly situated v. Menu Foods, Inc. and Does 1 through 99*

    B. United States District Court for the District of New Jersey

    C. 07-CV-1610

    D. Judge Noel L. Hillman

17. A. *Larry Klimes, Paul Lavoie and Richard Mueller, individually and on behalf of all others similarly situated v. Menu Foods, a foreign corporation*

    B. United States District Court for the District of Idaho

    C. 07-CV-160

    D. Judge Mikel H. Williams

18. A. *Barbara Light v. Menu Foods Income Fund*

    B. United States District Court for the Eastern District of Tennessee (Knoxville)

    C. 07-CV-098

    D. Judge Thomas W Phillips

19. A. *Matt Long on behalf of himself and all others similarly situated v. Menu Foods Income Fund, Menu Foods Limited, Menu Foods Holdings, Inc., Menu Foods, Inc. and Menu Foods Midwest Corporation, Chemnutra, Inc.*

    B. United States District Court for the District of New Jersey

EXHIBIT B

        C.      07-CV-1624

        D.      Judge Noel L. Hillman

20.    A.    *Michele McCullough, on behalf of herself and all others similarly situated v. Menu Foods Income Fund, Menu Foods, Inc., a New Jersey Corporation, Menu Foods Holdings, Inc., and Menu Foods Midwest Corporation, a Delaware Corporation*

        B.      United States District Court for the District of New Jersey

        C.      07-CV-1710

        D.      Judge Noel L. Hillman

21.    A.    *Karen Pirches and Dinitrise Hicks, on behalf of themselves and all others similarly situated v. Menu Foods Income Fund, a foreign corporation, Menu Foods Midwest Corporation, a Delaware corporation, Menu Foods South Dakota, Inc., a Delaware corporation, Menu Foods Holdings, Inc., a Delaware corporation, Menu Foods, Inc., a New Jersey corporation, Menu Foods Limited, a foreign corporation, and Does 1 through 100*

        B.      United States District Court for the District of New Jersey

        C.      07-CV-1685

        D.      Judge Noel L. Hillman

22.    A.    *Dennis Lee Townsend and Glenna Townsend, on behalf of themselves and all others similarly situated v. Menu Foods Limited, Menu Foods, Inc., Menu Foods Income Fund, Menu Foods South Dakota, Inc., Menu Foods Holdings, Inc., Nestle SA, Nestle Holdings, Inc., Nestle USA, Inc., Nestle Purina Petcare CO., and Chemnutra, Inc.*

        B.      United States District Court for the Central District of California

        C.      07-CV-398

        D.      Judge George H. King

23.    A.    *Yvonne Ortiz, individually and on behalf of all other similarly situated persons v. Menu Foods, Inc., a New Jersey Corporation, Menu Foods Holdings, Inc., a*

EXHIBIT B

*Delaware Corporation, Menu Foods Income Fund, an unincorporated Canadian business, Doe Entities and Individuals 1-100*

B. United States District Court for the District of Hawaii

C. 07-CV-00323

D. Judge David Alan Ezra

Respectfully submitted,

*[signature]*

Amy W. Schulman
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020

*Counsel for Menu Foods*

EXHIBIT B

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Defendant's Notice of Potential Tag Along Actions was filed with the Judicial Panel on Multidistrict Litigation this 17th day of July, 2007. Notice of this filing was sent to the parties as listed on the attached Judicial Panel on Multidistrict Litigation Panel Attorney Service List by U.S. Mail.

_____
Amy W. Schulman

EXHIBIT B