LOVE & KIRSCHENBAUM
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE  1617-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. 546-7575
Fax. No. 546-7070
Email address:  clove@lkhawaii.com

Attorneys for Defendants Menu Foods Holdings, Inc.,
Menu Foods, Inc., and Menu Foods Income Fund

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YVONNE ORTIZ, Individually and on behalf of all other similarly situated persons, </br></br>               Plaintiff, </br></br>    vs. </br></br> MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100, </br></br>               Defendants. | CIVIL NO. CV07-00323DAELEK </br> (Class Action) </br></br> CERTIFICATE OF SERVICE; </br> CERTIFICATE OF SERVICE </br></br></br></br> [Re Stipulation re Service of Complaint on Menu Foods Income Fund and Extension of Time for All Defendants to Answer or Otherwise Respond to Complaint and Order] |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the "Stipulation re Service of Complaint on Menu Foods Income Fund and Extension of Time for All Defendants to Answer or Otherwise Respond to Complaint and Order", filed herein on July 23, 2007, was served upon the following persons via the United States Postal Service, postage prepaid, at the addresses indicated on July 24, 2007:

>THOMAS R. GRANDE, ESQ.
>851 Fort Street, Ste. 400
>Honolulu, HI  96813
>       and
>EMILY A. GARDNER, ESQ.
>Dillingham Transportation Building
>735 Bishop St., Ste. 402
>Honolulu, HI  96813
>(Attorneys for Plaintiffs)

DATED:  Honolulu, Hawaii, July 24, 2007.

>       /s/Barbara J. Kirschenbaum
>CHAD P. LOVE
>BARBARA J. KIRSCHENBAUM
>
>Attorneys for Defendants Menu Foods, Inc., Menu Foods Holdings, Inc., and Menu Foods Income Fund