IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YVONNE ORTIZ, Individually and on behalf of all other similarly situated persons,<br><br>               Plaintiff,<br><br>   vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>               Defendants.<br>_____ | CIVIL NO. CV07-00323DAELEK<br>(Class Action)<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

THOMAS R. GRANDE, ESQ.  tgrande@davislevin.com   July 24, 2007

-2-

Served via the United States Postal Service, postage prepaid, on July 24, 2007:

    EMILY A. GARDNER, ESQ.
    Dillingham Transportation Building
    735 Bishop St., Ste. 402
    Honolulu, HI  96813

DATED:  Honolulu, Hawaii,    July 24, 2007    .


       /s/ Barbara J. Kirschenbaum
    CHAD P. LOVE
    BARBARA J. KIRSCHENBAUM

    Attorneys for Defendants Menu Foods, Inc.,
    Menu Foods Holdings, Inc., and Menu
    Foods Income Fund