ORIGINAL

LOVE & KIRSCHENBAUM
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE  1617-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. 546-7575
Fax. No. 546-7070
Email address: clove@lkhawaii.com

Attorneys for Defendants Menu Foods Holdings, Inc.,
Menu Foods, Inc., and Menu Foods Income Fund

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YVONNE ORTIZ, Individually and on behalf of all other similarly situated persons,<br><br>          Plaintiff,<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>          Defendants. | CIVIL NO. CV07-00323DAELEK<br>(Class Action)<br><br>STIPULATION RE SERVICE OF COMPLAINT ON MENU FOODS INCOME FUND AND EXTENSION OF TIME FOR ALL DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND ORDER |

## STIPULATION RE SERVICE OF COMPLAINT ON MENU FOODS INCOME FUND AND EXTENSION OF TIME FOR ALL DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants Menu Foods Holdings, Inc., Menu Foods, Inc., and Menu Foods Income Fund as follows:

(1)     The law firm of Love & Kirschenbaum hereby agrees to accept service of the Complaint and Summons on behalf of Menu Foods Income Fund; Plaintiff's counsel need not serve an additional copy of the Complaint and Summons.  Service shall be deemed to be made on July 17, 2007.

(2)     The answer (or responsive pleading) for Menu Foods Inc., Menu Foods Income Fund, and Menu Foods Holdings, Inc., is hereby extended or continued to the following dates: (a) in the event that the Court denies the "Motion to Remand", the answer (or other response) shall be due 30 days after the filing of the Court's written order denying Plaintiff's Motion; or (b) in the event that the Court grants the "Motion to Remand", the answer (or other response) shall be due 30 days after the filing of the order granting the motion.  Notwithstanding the foregoing, if the "Motion to Remand" is denied and the Court grants the "Motion to Stay", Defendants' answer (or responsive pleading) shall be due in accordance with the terms and conditions of the Court's order; and in the event that the

"Motion to Stay" is denied, the answer (or responsive pleading) shall be due 30 days after the filing of the Court's written order.

DATED: Honolulu, Hawaii, _____ JUL 1 8 2007 _____.

_____
THOMAS R. GRANDE
EMILY A. GARDNER
Attorneys for Plaintiff


_____
CHAD P. LOVE
BARBARA J. KIRSCHENBAUM
Attorneys for Defendants Menu Foods, Inc.,
Menu Foods Holdings, Inc., and Menu Foods
Income Fund


APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT


YVONNE ORTIZ v. MENU FOODS, INC., ET AL., CIVIL NO. CV07-00323 DAE/LEK; Stipulation re Service of Complaint on Menu Foods Income Fund and Extension of Time For All Defendants to Answer or Otherwise Respond to Complaint and Order

-3-