Ortiz v. Menu Foods, Inc. et al  Doc. 18 Att. 2
Case 1:07-cv-00323-DAE-LEK   Document 18-3   Filed 07/27/2007   Page 1 of 4
Attorneys at Law: Thomas R. Grande, Hawaii Attorney, Hawaii Quitam Lawyer        Page 1 of 4





**DAVIS • LEVIN**
**LIVINGSTON • GRANDE**
ATTORNEYS AT LAW

On Oahu
(808) 524-7500

Toll Free
1 (800) 800-0757

**DAVIS • LEVIN**
**LIVINGSTON • GRANDE**
ATTORNEYS

PRACTICE AREAS
- Class Actions
- Consumer Rights
- Construction
- Employment
- Qui Tam
- Health Care
- Whistleblower Protection

**CONTACT US**
Please email us if we can assist you in evaluating your case. If you have a potential claim, you should speak to counsel early in the legal process.
Click here

### thomas r. grande

Mr. Grande has achieved national recognition in his primary fields of practice - class action and qui tam litigation. Mr. Grande is past co-chairperson of the American Bar Association Subcommittee on State Class Actions and is Editor in Chief Emeritus of the ABA Survey of State Class Action Law, the first publication to summarize each state's class action rule and case law.

Mr. Grande is co-founder and co-chair of the Association of Trial Lawyers of America Qui Tam Litigation Group. Mr. Grande has obtained the highest Medicare fraud settlement in Hawaii, the highest Medicaid fraud settlement in Hawaii and the first settlement under the Hawaii False Claims Act.

Mr. Grande's class action cases have recovered over $8 million for consumers in 2005-2006, including settlements against Bergen industries for drug reycling ($3.2 million), against Allstate Insurance for improper use of credit scores to set insurance rates ($2.26 million), against State Farm Insurance for improper use of credit scores to set insurance rates ($1.2 million) and against Hilton Hotels for failing to disclose mold contamination to its guests ($1.8 million).

Mr. Grande also settled a federal false claims act case against Shinwha Electronics in 2005 for $1.2 million for falsifying fire inspection safety records at military bases in Korea, which was the first case settled under the federal false claims act against a foreign company for false billings on a foreign military base.

Mr. Grande has had a life-long commitment to work in the public interest and has represented organizations in pro-bono litigation cases in environmental, voting rights and consumer law. He is the co-founder and organizer of Children with Lawyers, a program which has established a pro-bono volunteer lawyer base for work with the Na Keiki (Children's) Law Center in Honolulu.

**SKY RADIO**  America's Best Lawyers  Listen to Mr. Grande interviewed on Sky Radio's "Tribute to America's Best Lawyers"

**Contact Information**

400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813

ph (808) 524.7500 x310
fax (808) 545.7802
cel (808) 271.7500

Maui (808) 877.7500
Kauai (808) 245.6100
Hawai'i (808) 326.3200

tgrande@davislevin.com

www.quitamonline.com

**Position**

Partner, Davis Levin Livingston Grande
Born Providence, Rhode Island, December 27, 1952

**Bar Admissions**

1985 Hawaii Supreme Court
1985 U.S. District Court, District of Hawaii
1986 U.S. Ninth Circuit Court of Appeals

back to top

EXHIBIT A


Dockets.Justia.com

Education

University of Hawaii, William S. Richardson School of Law
(J.D. 1985)

- Who's Who in American Law Schools
- Law Review (Academic Selection)
- Susan McKay Memorial Moot Court Award
- National Moot Court Team
- American Inns of Court
- Law Clerk, The Honorable Edward C. King, Chief Justice, Federated States of Micronesia Supreme Court

**Undergraduate Education**
Lycee Presles, Vichy, France
University of Copenhagen, Denmark
Bates College (B.A., Government, 1976)

- Thesis: *"A Power Analysis of the U.S. Senate Budget Committee"*

back to top

Books

Bronster, Margery S. and Grande, Thomas R., **Litigating the Class Action Lawsuit in Hawaii** (2000)

Grande, Thomas, Editor-in-Chief, **Survey of State Class Action Law, American Bar Association** (2nd Ed., 2001; 3rd Ed., 2002)

Grande, Thomas, Editor-in-Chief, **Survey of State Class Action Law, Newberg on Class Actions** (2001; 2002)

Wheeler, Anne and Grande, Thomas, Editors, **Survey of State Class Action Law, American Bar Association** (lst Ed., 1999)

Articles

### Hilton Mold Settlement Garners International Press Coverage

**Thomas Grande** announced the settlement of a class action against Hilton Hawaiian Village for failing to inform guests of mold contamination at the hotel. The settlement will pay guests up to $1.8 million.

The case garnered international and national press coverage, including coverage by the Malaysia Star, Shanghai Daily, Korea Times, ABC, CNN, Wall Street Journal, Washington Post, Los Angeles Times and USA Today. The settlement was also featured in front-page news stories by the Honolulu Star Bulletin and Honolulu Advertiser and was carried by over forty local newspapers across the United States.

For a copy of the press release, click here.

For a copy of the Honolulu Star Bulletin article, click here.

For a copy of the Honolulu Advertiser article, click here

### Shinwha Electronics Pays $1.2 Million to Settle Qui Tam Case

**Thomas Grande** announced the settlement of a qui tam case against Shinwha Electronics for falsifying fire inspection records at military bases in Korea. This case is the first settlement against a foreign corporation under the Federal False Claims Act for activity on a foreign military base.

"This is an incredibly important case because the courageous actions of our client saved the lives of American military personnel," Grande said. He noted that the company did not have proper test equipment to test fire safety systems such as sprinklers and fire alarm systems.

For a copy of the DLLG press release, click here.

For a copy of the Department of Justice press release, click here.

For a copy of the Stars and Stripes article, click here.

### Council upset over park cost overruns

EXHIBIT A

"Innovative Class Action Technique - The Use of Rule 23(b)(2) in Consumer Class Actions", 14 Loyola Consumer Law Review 251 (2002) read article >>

"Taking Evidence", Second Annual Conference for Qui Tam Relators Counsel, Taxpayers Against Fraud, Washington, D.C. (2002)

"Coordinated State Court Class Actions: The New Paradigm" published in the Consumer Advocate in June 2000. read article >>

"The Federal False Claims Act" published in the Consumer Advocate in December 2000 read article >>

"Class Action Benefits Consumers", TRIAL Magazine page 24 (April 1997). read article >>

"The Hawaii False Claims Act", Hawaii Bar Journal (Spring 2001)

"Class Actions in State Courts - A Tool for the Trial Advocate", 23 American Journal Trial Advocacy 491 (2000)

"Class Actions and Other Multiparty Litigation in a Nutshell", (Book Review), Association of Trial Lawyers of America: TRIAL (2000)

"The False Claims Act: A Consumer's Tool to Combat Fraud Against the Government", 11 Loyola Consumer Law Review, 129 (2000)

"Hawaii Supreme Court Recognizes Economic Loss Doctrine for Design Professionals", CONSTRUCT (1998), State Survey of Risk of Loss Provisions, American Bar Association

"Preparing for a Construction Defect Claim", Foundations, Spring, 1996

Note; "Midkiff v. Tom: The Constitutionality of Hawaii's Land Reform Act", 6 University of Hawaii Law Review 561 (1984)

Addendum; "Hawaii Housing Authority v. Midkiff, - The Hawaii Land Reform Act is Constitutional", 6 University of Hawaii Law Review 601 (1984)

back to top

Professional Honors and Associations

- Outstanding Delivery of Legal Services Award, Hawaii Lawyers Care
- Who's Who in America
- Who's Who in American Law
- Strathmore's Who's Who
- Leaders of Hawaii
- The International Directory of Distinguished Leadership
- Co-Chair & Co-Founder, Qui Tam Litigation Group
- Association of Trial Lawyers of America
- Board Member, The Consumers Lawyers of Hawaii
- Parliamentarian, The Consumer Lawyers of Hawaii
- Secretary, The Consumer Lawyers of Hawaii
- Taxpayers Against Fraud (Attorney Network)
- Trial Lawyers for Public Justice (Hawaii representative)
- National Association of Consumer Advocates
- American Health Lawyers Association
- National Employment Lawyers Association, Whistleblower's Committee
- Co-Chair, American Bar Association, Section on Litigation, Subcommittee on State Class Actions
- Hawaii State Bar Association
- American Inns of Court
- American Judicature Society
- The Supreme Court Historical Society

back to top

Lecture & Teaching

Organizer, "The Federal False Claims Act: An Innovative Cause of Action for Employment, Nursing Home and HMO Litigation", Association of Trial Lawyers of America Annual Convention, Atlanta, Georgia (July 21, 2002)

Speaker, "False Claims Act Litigation in HMO Cases,"

EXHIBIT A

Association of Trial Lawyers of America Annual Convention, Atlanta, Georgia (July 21, 2002)

Panelist, **"Ethical Issues in Qui Tam Practice, Second Annual Conference for Qui Tam Relators"** Counsel, Taxpayers Against Fraud, Washington, D.C. (May 2-3, 2002)

Organizer and co-presenter, **"Litigating the Class Action Lawsuit in Hawaii"**, National Business Institute, Honolulu, Hawaii (April 2001)

Organizer & Moderator, **"Medicare Fraud: What Nurses Should Know,"** Hawaii Nurses Association, Honolulu, Hawaii (November 30, 2001)

Organizer & Moderator, **"The Federal False Claims Act: Myths & Truths"**, Association of Trial Lawyers of America Annual Convention, Montreal, Canada (July 16, 2001)

Speaker, **"Rule 23(b)(2) in Class Action Litigation"**, National Consumer Law Center & National Association of Consumer Advocates, Consumer Class Action Symposium, Baltimore, Maryland (October 26-29, 2001)

Speaker, **"Overview of the Hawaii False Claims Act"**, Hawaii State Bar Association Annual Convention, Honolulu, Hawaii (November 30, 2000)

Speaker, **"Innovative Causes of Actions for Consumer Lawyers"**, National Consumer Law Center & National Association of Consumer Advocates, 9th Annual Consumer Rights Litigation Conference, Denver, Colorado (October 27-29, 2000)

Speaker, **"Coordinated State Class Actions"**, National Consumer Law Center & National Association of Consumer Advocates, Consumer Class Action Symposium, Chicago, Illinois (June 2000)

back to top

Home  About Us  Practice Areas  Attorney Profiles  In the News  Legal Resources  What's New  Contact

© Davis Levin Livingston Grande. Web design by AI Design Studio. Photography by Big Bamboo Stock Photography.

**Davis Levin Livingston Grande** a firm of trial lawyers handling litigation matters on all of the Hawaiian islands and throughout the United States.

**About Us:** Please visit the profiles of our attorneys: **Mark S. Davis**, **Stanley E. Levin**, **Michael K. Livingston**, and **Thomas R. Grande**.

**Practice Areas:** The firm accepts cases involving **Class Actions**, **Civil Rights**, **Consumer Rights**, **Construction**, **Disability Rights**, **Employment**, **Qui Tam**, **Health Care**, **Insurance Bad Faith**, **Personal Injury**, **Medical Malpractice**, **Special Education**, and **Whistleblower Protection**.

**In The News: Class Actions**, **Civil Rights**, **Consumer Rights**, **Construction**, **Disability Rights**, **Employment**, **Qui Tam**, **Health Care**, **Personal Injury**, **Medical Malpractice**, **Special Education**, **Whistleblower Protection**, and **Recognition**.

**Legal Resources: Medical Resources**, **Civil Rights Resources**, **Disability Rights Resources**. Visit our **Internet Law Library** for law information online and legal websites.

**What's New:** Our **What's New** page features some of our recent accomplishments – cases that we are working on, legislation which we have helped pass, seminars and other educational programs we are putting on, and recognition which we have received.