IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YVONNE ORTIZ, Individually and on behalf of all other similarly situated persons,<br><br>        Plaintiff,<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>        Defendants. | CIVIL NO. CV07-00323DAELEK<br>(Class Action)<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon the following persons via the United States Postal Service, postage prepaid, at the addresses indicated on ___JUL 2 7 2007___:

    THOMAS R. GRANDE, ESQ.
    851 Fort Street, Ste. 400
    Honolulu, HI  96813
        and

-2-

EMILY A. GARDNER, ESQ.
Dillingham Transportation Building
735 Bishop St., Ste. 402
Honolulu, HI 96813
(Attorneys for Plaintiffs)

DATED: Honolulu, Hawaii, _____JUL 2 7 2007_____.

_____
CHAD P. LOVE
BARBARA J. KIRSCHENBAUM

Attorneys for Menu Foods, Inc., Menu Foods
Holdings, Inc., and Menu Foods Income Fund