# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YVONNE ORTIZ, individually and on behalf of all other similarly situated persons,<br><br>                   Plaintiff,<br><br>     v.<br><br>MENU FOODS, INC., a New Jersey Corporation; MENU FOODS HOLDINGS, INC.,  a Delaware Corporation,  MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1- 100,<br><br>                   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No.  CV07-00323 DAE LEK<br>(Class Action)<br><br>DECLARATION OF THOMAS R. GRANDE |

## DECLARATION OF THOMAS R. GRANDE

I, Thomas R. Grande, do hereby state and declare as follows:

1.      I am a partner of Davis Levin Livingston Grande, Attorneys at Law, one of the attorneys for Plaintiff in this lawsuit.

2.      I am an attorney licensed to practice law in all of the Courts in the State of Hawaii, and am the attorney for Plaintiff in the above-entitled action.  I make this Declaration based upon my own personal knowledge of the matters herein set forth.

Dockets.Justia.com

3.      Attached hereto as Exhibit 1 is a true and correct copy of "Menu Foods Income Fund Consolidated Balance Sheets" dated March 2007 obtained from http://www.menufoods.com/ir/sedar.html on August 8, 2007.

4.      Attached hereto as Exhibit 2 is a true and correct copy of the Transcript of FDA Press Conference on the Pet Food Recall (April 19, 2007) obtained from www.fda.gov/bbs/transcripts/transcript041907.pdf  on August 9, 2007.

5.      The conversion rate on August 7, 2007 was 0.948367 one US dollar for one Canadian dollar.  This information was obtained from http://www.xe.com/ucc/ on August 7, 2007.

6.      As of 2006, the U.S. Census Bureau reports that the population of Hawaii is 1,285,498.  The U.S. Census Bureau reports that the population of the United States in 2006 was 299,398,484.  Hawaii's population equals 0.0042 of the U.S. population.  This information was obtained from http://www.census.gov/popest/estimates.php on August 8, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  Honolulu, Hawaii, August 9, 2007.

_____/s/ Thomas R. Grande_____
THOMAS R. GRANDE

Attorney for Plaintiff