LOVE & KIRSCHENBAUM
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE
BARBARA J. KIRSCHENBAUM
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. 546-7575
Fax. No. 546-7070
Email address:  clove@lkhawaii.com

Attorneys for Menu Foods, Inc., Menu
Foods Holdings, Inc., and Menu Foods
Income Fund

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| YVONNE ORTIZ, Individually and on behalf of all other similarly situated persons, | ) ) ) | CIVIL NO. CV07-00323DAELEK (Class Action) |
| Plaintiff, | ) ) ) | MENU FOODS, INC., AND MENU FOODS HOLDINGS, INC.'S NOTICE OF "CONDITIONAL |
| vs. | ) ) ) | TRANSFER ORDER (CTO-2)"; EXHIBITS A THRU C; CERTIFICATE OF SERVICE |
| MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

**MENU FOODS, INC., AND MENU FOODS HOLDINGS, INC.'S
NOTICE OF "CONDITONAL TRANSFER ORDER (CTO-2)"**

Defendant Menu Foods, Inc., and Menu Foods Holdings, Inc., hereby submits the following:

(1)    "Conditional Transfer Order (CTO-2)" filed by the United States Judicial Panel on Multidistrict Litigation ("JPML") on August 1, 2007, in the matter designated as MDL No. 1850, *"In Re Pet Food Products Liability Litigation"* (Exhibit A).  Pursuant to this "Conditional Transfer Order," the JPML conditionally transferred the above-entitled action (together with another case), to the United States District Court for the District of New Jersey.

(2)    "Transfer Order" filed by the JPML on June 19, 2007, in the matter designated as MDL No. 1850, *"In Re Pet Food Products Liability Litigation"* (Exhibit B).

(3)    Letter from the JPML, dated August 1, 2007, re MDL No. 1850, *"In Re Pet Food Products Liability Litigation"*, transmitting Exhibit A hereto (and other enclosures) (Exhibit C).

DATED:  Honolulu, Hawaii, _____August 10, 2007_____.

_____ /s/ Chad P. Love_____
CHAD P. LOVE
BARBARA J. KIRSCHENBAUM
Attorneys for Defendant Menu Foods,
Inc., Menu Foods Holdings, Inc., and
Menu Foods Income Fund

-2-