THOMAS R. GRANDE  3954
Of Counsel
Davis Levin Livingston Grande
851 Fort Street, Suite 400
Honolulu, Hawai‘i 96813
Telephone: (808) 524-7500
Facsimile: (808) 356-0418
Email: tgrande@davislevin.com

EMILY A. GARDNER   6891
Attorney at Law
Dillingham Transportation Building
735 Bishop Street, Suite 402
Honolulu, Hawai‘i  96813
Telephone: (808)-540-0200
Facsimile: (808)-540-0201
Email: eagardner@hawaii.rr.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YVONNE ORTIZ, individually and on behalf of all other similarly situated persons, <br><br> Plaintiff, <br><br> v. <br><br> MENU FOODS, INC., a New Jersey Corporation; MENU FOODS HOLDINGS, INC., a Delaware Corporation, MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1- 100, <br><br> Defendants. | Civil No.  CV07-00323 DAE LEK (Class Action) <br><br> PLAINTIFF'S NOTICE OF FILING OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-2) WITH JUDICIAL PANEL ON MULTIDISTRICT LITIGATION; EXHIBIT "1"; CERTIFICATE OF SERVICE |

## PLAINTIFF'S NOTICE OF FILING OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-2) WITH JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Plaintiff Yvonne Ortiz has filed an Opposition to Conditional Transfer Order (CTO-2) with the Judicial Panel on Multidistrict Litigation, objecting to the transfer of the this case as a "tag-along action" pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (JPML). Exhibit "1".

**NOTICE OF OPPOSITION STAYS SERVICE AND EXECUTION OF CONDITIONAL TRANSFER ORDER TO TRANSFEREE COURT**

Under JPML Rule 7.4(c), upon the receipt of the notice of opposition "the Clerk of the Panel shall not transmit said [conditional transfer] order to the clerk of the transferee district court until further order of the Panel." Because "[c]onditional transfer orders do not become effective unless and until they are filed with the clerk of the transferee district court," Rule 7.4(e), filing the notice of opposition "stays execution of the [conditional transfer] order." Fu's Garden Restaurant v. Archer-Daniels-Midland Company, 2000 WL 635440, *1 (N.D. Cal. 2000).

**TRANSFEREE COURT RETAINS JURISDICTION TO DECIDE REMAND AND STAY**

Under JPML Rule 1.5, this Court retains jurisdiction to decide the pending motions to remand and stay:

> The pendency of a motion, order to show cause, conditional transfer order or conditional remand order before the Panel concerning transfer or remand of an action pursuant to 28 U.S.C. §1407 does not

2

> affect or suspend orders and pretrial proceedings in the district court in which the action is pending and does not in any way limit the pretrial jurisdiction of that court. A transfer or remand pursuant to 28 U.S.C. §1407 shall be effective when the transfer or remand order is filed in the office of the clerk of the district court of the transferee district.

When a notice of opposition to conditional transfer order is filed, the transferee court "retains jurisdiction to decide [a pending motion to remand]." Fu's Garden Restaurant v. Archer-Daniels-Midland Company, 2000 WL 635440, *1 (N.D. Cal. 2000). Faulk v. Owens-Corning, Fiberglass Corp., 48 F.Supp. 2d 653, 657 n.2 (E.D. Texas Beaumont Division 1999).

**PROCEDURE IN MDL AFTER NOTICE OF OPPOSITION FILED**

Pursuant to JPML Rule 7.4(d), "[w]ithin fifteen days of the filing of its notice of opposition, the party opposing transfer shall file a motion to vacate the conditional transfer order and brief in support thereof. The Chairman of the Panel shall set the motion for the next appropriate hearing session of the Panel." The briefing schedule for the motion is set by the clerk of the Panel. JPML Rule 7.4(c).

DATED: Honolulu, Hawaii, August 16, 2007.

    /s/ Thomas R. Grande
THOMAS R. GRANDE
EMILY A. GARDNER

Attorneys for Plaintiffs

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 1850

IN RE PET FOOD PRODUCTS LITIGATION

*Yvonne Ortiz v. Menu Foods, Inc., et al.*, D. Hawaii C.A. No. 1:07-323

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-2)**

Pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff Yvonne Ortiz files her Notice of Opposition to Conditional Transfer Order (CTO-2) for transfer of the above-captioned action as a "tag-along action".

Davis Levin Livingston Grande

By: _____
Thomas R. Grande, Esq.
Attorney for Plaintiff Yvonne Ortiz

Date: Honolulu, Hawaii  August 15, 2007

Exh. 1

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 1850

IN RE PET FOOD PRODUCTS LITIGATION

*Yvonne Ortiz v. Menu Foods, Inc., et al.*, D. Hawaii C.A. No. 1:07-323

### CERTIFICATE OF SERVICE

I hereby certify that Plaintiff's Notice of Opposition to Conditional Transfer Order (CTO-2) was faxed to the Clerk of the Panel on August 15, 2006 and served by First Class Mail on August 15, 2006, upon all counsel on the Involved Counsel List attached to this Certificate of Service.

                                          Davis Levin Livingston Grande

                              By: _____
                                      Thomas R. Grande, Esq.
                                      Attorney for Plaintiff Yvonne Ortiz

Dated: Honolulu, Hawaii  August 15, 2006

Exh. 1

INVOLVED COUNSEL LIST (CTO-2)
MDL NO. 1850
IN RE Pet Food Products Liability Litigation

Lynne E. Bell
Davis, McFarland & Carroll
One Gateway Center
10th Floor
Pittsburgh, PA  15222

Joseph S. Bellissimo
Peirce, Raimond & Coulter
707 Grant Street
2500 Gulf Tower
Pittsburgh, PA  15219

Emily A. Gardner
Emily A. Gardner, Attorney at Law LLC
735 Bishop Street
Suite 402
Honolulu, HI  96813

Thomas R. Grande
Davis Levin Livingston Grande
Davis Levin Livingston Grande Place
851 Fort Street
Suite 400
Honolulu, HI  96813

Chad P. Love
Love & Kirschenbaum, LLC
1164 Bishop Street
Suite 1105
Honolulu, HI  96813

Barbara J. Kirschenbaum
Love & Kirschenbaum, LLC
1164 Bishop Street
Suite 1105
Honolulu, HI  96813

Exh. 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YVONNE ORTIZ, individually and on behalf of all other similarly situated persons,<br><br>        Plaintiff,<br><br>    v.<br><br>MENU FOODS, INC., a New Jersey Corporation; MENU FOODS HOLDINGS, INC., a Delaware Corporation, MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1- 100,<br><br>        Defendants. | Civil No. CV07-00323 DAE LEK<br>(Class Action)<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF

| | | |
|---|---|---|
| Chad P. Love | dl@lkhawaii.com | August 16, 2007 |
| Barbara J. Kirschenbaum | bk@lkhawaii.com | August 16, 2007 |

DATED: Honolulu, Hawaii, August 16, 2007.

                                                         /s/ Thomas R. Grande
                                    THOMAS R. GRANDE
                                    EMILY A. GARDNER

                                    Attorneys for Plaintiffs