IN THE UNITED STATES DISTRICT COURT CIRCUIT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YVONNE ORTIZ, Individually and on behalf of all other similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>Defendants. | CIVIL NO. CV07-00323 DAE LEK<br>(Class Action)<br><br>DECLARATION OF CHAD P. LOVE |

## DECLARATION OF CHAD P. LOVE

The undersigned hereby declares that:

1. I am an attorney licensed to practice law before all the Courts in the State of Hawaii and one of the attorneys for Defendants Menu Foods, Inc., Menu Foods Holdings, Inc., and Menu Foods Income Fund in the above-captioned proceeding, am competent to testify as to the matters stated herein and make this declaration upon personal knowledge except and unless stated to be upon

NEWY1\8128526.1            -1-

EXHIBIT E

information and belief. I submit this Declaration in opposition to Plaintiff Yvonne Ortiz' Motion for Remand.

2. I have been licensed to practice law in the State of Hawaii and the U.S. District Court for the District of Hawaii since 1975. I graduated from the University of California, Berkeley, in 1975. I have been specializing in civil litigation matters since 1975. I have handled a broad range of litigation, including cases involving products liability, negligence, business torts, and commercial law. In addition, I have defended clients in class actions and putative class actions.

3. Plaintiff Ortiz and the putative class have two attorneys. The lead attorney is Thomas Grande, a partner at Davis Levin Livingston Grande, who was licensed in Hawaii in 1985 and has 22 years of experience. (See Exhibit A, a true and accurate copy of the "attorney profile" of Thomas A. Grande, Esq., from "http://www.davislevin.com/grande.html", printed on July 27, 2007.) The other is Emily Gardner, Esq., who was admitted to the Hawaii bar in 1997, but started her practice in 1999 and has eight years of trial litigation experience. (See **Exhibit B**, a true and accurate copy of "Additional Information" regarding Emily A. Gardner, from "http://www.animallawhawaii.com/experience2", printed on July 24, 2007.)

4. Based on my experience as a trial attorney who has worked on numerous products liability and negligence cases, some of which were class

EXHIBIT __E__

actions or putative class actions, I believe that it would be reasonable to expect that Mr. Grande and Ms. Gardner will expend from 1000 to 2000 hours on this case, from the initial meeting with their client through trial. I base my estimate on the following partial list of tasks that will be required of them in connection with their representation of the putative class:

- Interviews and conferences with the class representative;
- Research background facts regarding alleged pet food contamination and background of Defendants;
- Draft Complaint;
- Prepare and defend motion for remand;
- Prepare and defend motion for class certification;
- Prepare class representative for deposition;
- Defend deposition of class representative;
- Prepare Answers to Interrogatories served on class representative;
- Prepare responses to Request for Production served on class representative;
- Prepare and defend motion of expert in support of motion for class certification;
- Review of records and other documents supporting damages claims;

- Prepare for and attend Court hearings and conferences;

- Propound discovery requests on Defendants and analyze information provided in response thereto;

- Prepare for and attend depositions of Defendants' representatives;

- Prepare for and attend depositions of Defendants' experts;

- Prepare class representative and experts for testimony at trial;

- Prepare for trial, including motions in limine, voir dire, jury instructions; and

- Attend and participate in trial.

In addition, Plaintiffs likely will have to respond to motions filed by Defendants and interview and retain veterinary and testing experts, among many other tasks.

5. Accordingly, in my opinion, as the case currently stands, it is reasonable to expect that Plaintiffs' counsel will spend a minimum of 1000 to 2000 hours on this case, although this amount could increase or decrease depending on particular issues that arise in the case related to the activities above, and the potential transfer of this action by the Judicial Panel on Multidistrict Litigation to

EXHIBIT E

the coordinated litigation arising out of the pet food recall pending in the District of New Jersey.

I, CHAD P. LOVE, DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: Honolulu, Hawaii, __July 27, 2007__.

_____
CHAD P. LOVE




**thomas r. grande**

Mr. Grande has achieved national recognition in his primary fields of practice - class action and qui tam litigation. Mr. Grande is past co-chairperson of the American Bar Association Subcommittee on State Class Actions and is Editor in Chief Emeritus of the ABA Survey of State Class Action Law, the first publication to summarize each state's class action rule and case law.

Mr. Grande is co-founder and co-chair of the Association of Trial Lawyers of America Qui Tam Litigation Group. Mr. Grande has obtained the highest Medicare fraud settlement in Hawaii, the highest Medicaid fraud settlement in Hawaii and the first settlement under the Hawaii False Claims Act.

Mr. Grande's class action cases have recovered over $8 million for consumers in 2005-2006, including settlements against Bergen Industries for drug recycling ($3.2 million), against Allstate Insurance for improper use of credit scores to set insurance rates ($2.26 million), against State Farm Insurance for improper use of credit scores to set insurance rates ($1.2 million) and against Hilton Hotels for failing to disclose mold contamination to its guests ($1.8 million).

Mr. Grande also settled a federal false claims act case against Shinwha Electronics in 2005 for $1.2 million for falsifying fire inspection safety records at military bases in Korea, which was the first case settled under the federal false claims act against a foreign company for false billings on a foreign military base.

Mr. Grande has had a life-long commitment to work in the public interest and has represented organizations in pro-bono litigation cases in environmental, voting rights and consumer law. He is the co-founder and organizer of Children with Lawyers, a program which has established a pro-bono volunteer lawyer base for work with the Na Keiki (Children's) Law Center in Honolulu.

 Listen to Mr. Grande interviewed on Sky Radio's "Tribute to America's Best Lawyers"

**Contact Information**

400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813

ph (808) 524.7500 x310
fax (808) 545.7802
cel (808) 271.7500

Maui (808) 877.7500
Kauai (808) 245.6100
Hawai'i (808) 326.3200

tgrande@davislevin.com

www.quitamonline.com

**Position**

Partner, Davis Levin Livingston Grande
Born Providence, Rhode Island, December 27, 1952

**Bar Admissions**

1985 Hawaii Supreme Court
1985 U.S. District Court, District of Hawaii
1986 U.S. Ninth Circuit Court of Appeals

back to top

http://www.davislevin.com/grande.html                                    7/27/07

**EXHIBIT A**

EXHIBIT __E__

**Education**

University of Hawaii, William S. Richardson School of Law
(J.D. 1985)

- Who's Who in American Law Schools
- Law Review (Academic Selection)
- Susan McKay Memorial Moot Court Award
- National Moot Court Team
- American Inns of Court
- Law Clerk, The Honorable Edward C. King, Chief Justice, Federated States of Micronesia Supreme Court

**Undergraduate Education**

Lycee Presles, Vichy, France
University of Copenhagen, Denmark
Bates College (B.A., Government, 1976)

- Thesis: "A Power Analysis of the U.S. Senate Budget Committee"

back to top

Books

Bronster, Margery S. and Grande, Thomas R., **Litigating the Class Action Lawsuit in Hawaii** (2000)

Grande, Thomas, Editor-in-Chief, **Survey of State Class Action Law, American Bar Association** (2nd Ed., 2001; 3rd Ed., 2002)

Grande, Thomas, Editor-in-Chief, **Survey of State Class Action Law, Newberg on Class Actions** (2001; 2002)

Wheeler, Anne and Grande, Thomas, Editors, **Survey of State Class Action Law, American Bar Association** (1st Ed., 1999)

Articles

**Hilton Mold Settlement Garners International Press Coverage**

Thomas Grande announced the settlement of a class action against Hilton Hawaiian Village for failing to inform guests of mold contamination at the hotel. The settlement will pay guests up to $1.8 million.

The case garnered international and national press coverage, including coverage by the Malaysia Star, Shanghai Daily, Korea Times, ABC, CNN, Wall Street Journal, Washington Post, Los Angeles Times and USA Today. The settlement was also featured in front-page news stories by the Honolulu Star Bulletin and Honolulu Advertiser and was carried by over forty local newspapers across the United States.

For a copy of the press release, click here.

For a copy of the Honolulu Star Bulletin article, click here.

For a copy of the Honolulu Advertiser article, click here

**Shinwha Electronics Pays $1.2 Million to Settle Qui Tam Case** Thomas Grande announced the settlement of a qui tam case against Shinwha Electronics for falsifying fire inspection records at military bases in Korea. This case is the first settlement against a foreign corporation under the Federal False Claims Act for activity on a foreign military base.

"This is an incredibly important case because the courageous actions of our client saved the lives of American military personnel," Grande said. He noted that the company did not have proper test equipment to test fire safety systems such as sprinklers and fire alarm systems.

For a copy of the DLLG press release, click here.

For a copy of the Department of Justice press release, click here.

For a copy of the Stars and Stripes article, click here.

**Council upset over park cost overruns**

http://www.davislevin.com/grande.html

7/27/07

**EXHIBIT A**


EXHIBIT E

"Innovative Class Action Technique - The Use of Rule 23(b)(2) in Consumer Class Actions", 14 Loyola Consumer Law Review 251 (2002) read article >>

"Taking Evidence", Second Annual Conference for Qui Tam Relators Counsel, Taxpayers Against Fraud, Washington, D.C. (2002)

"Coordinated State Court Class Actions: The New Paradigm" published in the Consumer Advocate in June 2000, read article >>

"The Federal False Claims Act" published in the Consumer Advocate in December 2000 read article >>

"Class Action Benefits Consumers", TRIAL Magazine page 24 (April 1997), read article >>

"The Hawaii False Claims Act", Hawaii Bar Journal (Spring 2001)

"Class Actions in State Courts - A Tool for the Trial Advocate", 23 American Journal Trial Advocacy 491 (2000)

"Class Actions and Other Multiparty Litigation in a Nutshell", (Book Review), Association of Trial Lawyers of America: TRIAL (2000)

"The False Claims Act: A Consumer's Tool to Combat Fraud Against the Government", 11 Loyola Consumer Law Review, 129 (2000)

"Hawaii Supreme Court Recognizes Economic Loss Doctrine for Design Professionals", CONSTRUCT (1998), State Survey of Risk of Loss Provisions, American Bar Association

"Preparing for a Construction Defect Claim", Foundations, Spring, 1996

Note; "Midkiff v. Tom: The Constitutionality of Hawaii's Land Reform Act", 6 University of Hawaii Law Review 561 (1984)

Addendum; "Hawaii Housing Authority v. Midkiff, - The Hawaii Land Reform Act is Constitutional", 6 University of Hawaii Law Review 601 (1984)

back to top

Professional Honors and Associations

- Outstanding Delivery of Legal Services Award, Hawaii Lawyers Care
- Who's Who in America
- Who's Who in American Law
- Strathmore's Who's Who
- Leaders of Hawaii
- The International Directory of Distinguished Leadership
- Co-Chair & Co-Founder, Qui Tam Litigation Group
- Association of Trial Lawyers of America
- Board Member, The Consumers Lawyers of Hawaii
- Parliamentarian, The Consumer Lawyers of Hawaii
- Secretary, The Consumer Lawyers of Hawaii
- Taxpayers Against Fraud (Attorney Network)
- Trial Lawyers for Public Justice (Hawaii representative)
- National Association of Consumer Advocates
- American Health Lawyers Association
- National Employment Lawyers Association, Whistleblower's Committee
- Co-Chair, American Bar Association, Section on Litigation, Subcommittee on State Class Actions
- Hawaii State Bar Association
- American Inns of Court
- American Judicature Society
- The Supreme Court Historical Society

back to top

Lecture & Teaching

Organizer, "The Federal False Claims Act: An Innovative Cause of Action for Employment, Nursing Home and HMO Litigation", Association of Trial Lawyers of America Annual Convention, Atlanta, Georgia (July 21, 2002)

Speaker, "False Claims Act Litigation in HMO Cases,"

http://www.davislevin.com/grande.html

7/27/07

**EXHIBIT A**

EXHIBIT E

Association of Trial Lawyers of America Annual Convention, Atlanta, Georgia (July 21, 2002)

Panelist, **"Ethical Issues in Qui Tam Practice, Second Annual Conference for Qui Tam Relators"** Counsel, Taxpayers Against Fraud, Washington, D.C. (May 2-3, 2002)

Organizer and co-presenter, **"Litigating the Class Action Lawsuit in Hawaii"**, National Business Institute, Honolulu, Hawaii (April 2001)

Organizer & Moderator, **"Medicare Fraud: What Nurses Should Know,"** Hawaii Nurses Association, Honolulu, Hawaii (November 30, 2001)

Organizer & Moderator, **"The Federal False Claims Act: Myths & Truths"**, Association of Trial Lawyers of America Annual Convention, Montreal, Canada (July 16, 2001)

Speaker, **"Rule 23(b)(2) in Class Action Litigation"**, National Consumer Law Center & National Association of Consumer Advocates, Consumer Class Action Symposium, Baltimore, Maryland (October 26-29, 2001)

Speaker, **"Overview of the Hawaii False Claims Act"**, Hawaii State Bar Association Annual Convention, Honolulu, Hawaii (November 30, 2000)

Speaker, **"Innovative Causes of Actions for Consumer Lawyers"**, National Consumer Law Center & National Association of Consumer Advocates, 9th Annual Consumer Rights Litigation Conference, Denver, Colorado (October 27-29, 2000)

Speaker, **"Coordinated State Class Actions"**, National Consumer Law Center & National Association of Consumer Advocates, Consumer Class Action Symposium, Chicago, Illinois (June 2000)

back to top

Home  About Us  Practice Areas  Attorney Profiles  In the News  Legal Resources  What's New  Contact

© Davis Levin Livingston Grande. Web design by AI Design Studio. Photography by Big Bamboo Stock Photography.

**Davis Levin Livingston Grande** a firm of trial lawyers handling litigation matters on all of the Hawaiian islands and throughout the United States.

**About Us:** Please visit the profiles of our attorneys: Mark S. Davis, Stanley E. Levin, Michael K. Livingston, and Thomas R. Grande.

**Practice Areas:** The firm accepts cases involving Class Actions, Civil Rights, Consumer Rights, Construction, Disability Rights, Employment, Qui Tam, Health Care, Insurance Bad Faith, Personal Injury, Medical Malpractice, Special Education, and Whistleblower Protection.

**In The News:** Class Actions, Civil Rights, Consumer Rights, Construction, Disability Rights, Employment, Qui Tam, Health Care, Personal Injury, Medical Malpractice, Special Education, Whistleblower Protection, and Recognition.

**Legal Resources:** Medical Resources, Civil Rights Resources, Disability Rights Resources. Visit our Internet Law Library for law information online and legal websites.

**What's New:** Our What's New page features some of our recent accomplishments – cases that we are working on, legislation which we have helped pass, seminars and other educational programs we are putting on, and recognition which we have received.

http://www.davislevin.com/grande.html    7/27/07

**EXHIBIT A**

EXHIBIT __E__

# Emily A. Gardner, Attorney

Emily A. Gardner, Attorney
Dillingham Transportation Building, Suite 402, 735 Bishop Street, Honolulu, HI 96813
Phone (808) 540-0200 Fax (808) 540-0201
E-mail: eagardner@hawaii.rr.com
www.animallawhawaii.com

**An Attorney Devoted to Animal Law**
- What is Animal Law?
- Who is Emily Gardner, an Animal Law Attorney?
- Why Should You Hire Attorney Emily A. Gardner?
- An Introduction to Animal Law
- Rights, Welfare, and Pets

**Environmental Consulting Services**
- Services Offered
- Examples of Work

**In the News**
- New Breed of Lawyers Gives Every Dog his Day in Court
- Hawaii's New Pet Trust Law
- The Starfish Connection, by Emily Gardner
- Chapter Governing Pet Owners
- What Won't Stop Ferrel...
- Dog Bite Statistics

**Contact Emily Gardner**
Dillingham Transportation Building
735 Bishop Street, Suite 402
Honolulu, HI 96813
Tel: (808) 540-0200
Fax: (808) 540-0201
E-mail:
eagardner@hawaii.rr.com

## Additional Information

**Emily A. Gardner, Experience**

**Attorney.** Private practice. Handle cases and undertake contract work involving admiralty, corporate, land use and tort law. Litigation experience. June 1999 - present.

**Junior Researcher/Marine Protected Species Coordinator.** University of Hawaii Center for Conservation Research and Training and the State of Hawaii Department of Land and Natural Resources. Supervised the development and implementation of management programs and policies for Hawaii's marine mammal and sea turtle resources. Issued permits for scientific research on protected species. Reviewed and provided comment on environmental assessments affecting these species. Developed public education programs and materials, prepared grants, taught ocean policy courses and conducted research. May 1997 - June 1999.



**Independent Consultant.** Provided research and analysis of legal and policy issues associated with marine mammals and fisheries at the international and domestic level. July 1996 - present.

**Legal Extern.** State of Hawaii, Office of the Attorney General, Regulatory Division, Honolulu, Hawaii. Provided research and wrote legal memoranda relating to various areas of environmental law including CERCLA, hazardous waste, oil pollution control, sanitation, environmental assessment, and land use. January 1996 - May 1996.

**Writer/Consultant.** International Institute of Sustainable Development, Winnipeg, Canada. Served as a reporter and policy analyst for the *Earth Negotiations Bulletin*, a periodical which chronicles international negotiations on issues related to the environment and development. Covered the U.N. Conventions on Straddling and Highly Migratory Fish Stocks, Climate Change, Biosafety and Biodiversity as well as the Intergovernmental Panel on Forests. July 1995 - December 1999.

**Research Assistant.** Law of the Sea Institute, William S. Richardson School of Law, Honolulu, Hawaii. Assisted with the preparation of course materials for international environmental law and environmental law. Prepared case briefs and memoranda. Served as assistant editor for *Ocean Yearbook*, an international journal devoted to current issues in marine policy. May 1994 - May 1996.

**Research Associate.** Earthtrust, Kailua, Hawaii. Provided research for international wildlife conservation organization. Participated in developing program strategies. Wrote organizational position papers and policy statements for international conferences. Coordinated public education programs. March 1990 - July 1993.

**Instructor.** Chaminade University, Honolulu, Hawaii. Instructed courses in introductory biology, marine biology, and environmental science. Organized and carried out all class lectures, laboratories and fieldtrips. January 1985 - April 1985; April 1991 - December 1992.

**Educational Consultant.** Hawaii Audubon Society and National Audubon Society, Honolulu, Hawaii. Wrote and compiled a pool of more than 700 questions to be used in 'Paradise Pursuits,' an environmental television quiz show for Hawaii's high school students. Participated in program

EXHIBIT

EXHIBIT __E__

development. September 1991 - May 1992.

**Teaching Assistant.** Biology Department, University of Hawaii. Instructed laboratories in general and cellular biology. January 1987 - May 1989.

**Assistant Curator,** Ichthyology Collection, Bernice P. Bishop Museum, Honolulu, Hawaii. Assisted in the sorting, identification, and cataloging of ichthyological specimens. Responsible for processing all incoming and outgoing loans and accessions. Maintained the integrity of the collection. July 1985 - January 1987.

Publications and Invited Presentations
Professional Activities
Return to Education
Home

Copyright 2007, Emily A. Gardner. All Rights Reserved.                    Design by Interspire.com