Ortiz v. Menu Foods, Inc. et al   Doc. 24 Att. 6
Case 1:07-cv-00323-DAE-LEK   Document 24-7   Filed 09/04/2007   Page 1 of 6

IN THE UNITED STATES DISTRICT COURT CIRCUIT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YVONNE ORTIZ, Individually and on behalf of all other similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>Defendants. | CIVIL NO. CV07-00323 DAE LEK<br>(Class Action)<br><br>DECLARATION OF ERIN OWENS |

## DECLARATION OF ERIN OWENS

The undersigned hereby declares that:

1.      I am a paralegal at the law firm of Love & Kirschenbaum, which represents Defendants Menu Foods, Inc., Menu Foods Holdings, Inc., and Menu Foods Income Fund in the above-captioned action. I submit this Declaration in opposition to Plaintiff Yvonne Ortiz' motion for remand.

EXHIBIT E

dockets.Justia.com

2. On July 25 and 26, 2007, I called several veterinarians and veterinary clinics and hospitals in the State of Hawaii and asked them to provide me with the cost of screening for renal failure in dogs and cats including the appropriate blood and urine tests to accomplish same, the price of an office visit and any other costs that would be associated with the visit. Based on my phone calls, I learned the following (which does not include tax in all cases, and unless otherwise specified, the information I received applied to both dogs and cats):

1) **VCA Animal Hospitals**
Serving the Honolulu Area
(866) 302-7042

Blood - $100-$200 (average = $150)
Urine - $200-$250 (average = $225)
Office visit - $50
Bio-Hazard Fee (clean up fee enforced by OSHA) - $4-$5
   (average = $4.50)
**Total = $429.50**

2) **Animal Clinic Inc.**
3270 Waialae Avenue
Honolulu, HI 96815
(808) 734-0255

Blood - $145
Urine - $65
Office visit - $37
**Total = $247**

3)  **Animal Hospital of Hawaii**
    3111 Castle St.
    Honolulu, HI
    (808)-732-7387

    **Total for office visit, exam, diagnostic profile,
    liver profile, blood count, and urinalysis and = $262.84.**

4)  **Aloha Animal Hospital**
    4224 Waialae Ave
    Honolulu, HI 96816
    (808) 734-2242

    Blood - $80-$200 (Average = $140)
    Urine - $40.59
    Office visit - $80
    **Total = $260.59**

    (Note that these prices are based on cats. Prices for dogs usually are slightly higher, but cannot be provided with specificity without a consultation with the animal.)

5)  **Animal Clinic Waipahu**
    Animal Clinic Waipahu
    Waipahu, HI 96797
    (808) 671-1751

    Blood - $102-$130 (Average = $116)
    Urine - $40.85
    Office visit - $40.60
    Clean up fee - $4.05
    **Total = $201.50**

    (The prices were characterized as the bare minimum. During consultation, the doctor may recommend additional tests.)

EXHIBIT F

6) **Gentry-Waipio Pet Clinic**
   94-1040 Waipio Uka St Ste 8
   Waipahu, HI 96797
   (808) 676-2205

   Blood - $99
   Urine - $30
   Office visit - $30-$50 (Average = $40)
   **Total = $169**

7) **Hatami Michelle A DVM**
   Pearl City, HI 96782
   (808) 456-2221

   Blood and urine - $115
   Office visit - $35
   **Total = $150**

8) **Island Veterinary Care LLC**
   830 Coolidge St Ste 1
   Honolulu, HI 96826
   (808) 944-0003

   **Total cost of blood and urine tests and office visit = $235**

9) **Kamiya Francis T DVM**
   98-1247 Kaahumanu St Ste 111
   Aiea, HI 96701
   (808) 488-3667

   Drawing Blood - $9
   Testing Blood - $77.85
   Taking Urine - $25
   Testing Urine - $30.95
   Office visit - $36
   **Total = $178.80**

EXHIBIT F

10) **Kokua Pet Clinic**
    1111 Dillingham Blvd Ste E5
    Honolulu, HI 96817
    (808) 843-8382

    Blood - $76
    Urine - $30
    Office visit - $27
    **Total = $133**

11) **Kondo Roger M DVM**
    1115 Young St
    Honolulu, HI 96814
    (808) 593-9336

    Blood - $92
    Urine - $34
    Standard office visit - $47.50
    **Total = $173.50**

    (In addition, testing for renal failure costs approximately $300.)

12) **Leadbeater Patrick A DVM Mrcvs**
    Kahala Pet Hospital The Vete
    Honolulu, HI 96801
    (808) 735-4433

    Blood - $90-$120 (Average = $105)
    Urine - $21
    Office visit - $45
    **Total = $171**

    (The cost of the urine test noted above is if it is performed in-house. If the test is sent to an outside lab, it costs $40 - $70.)

EXHIBIT F

13) **Central Maui Animal Clinic Inc**
45 Hookele
Kahului, HI 96732
(808) 893-2380

Blood + Urine = about $200
Office visit = $39
**Total = $239**

14) **Lahaina Veterinary Clinic**
PO Box 11375
Lahaina, HI 96761
**(808) 661-3515**

Blood - $92-$129 (Average = 110.50)
Urine - $29 (base cost)
Office visit - $48
**Total = $187.50**

(The base cost for a urine test is $29; the test can run up to $75 - $95.)

3. Based on the information I received from the above 14 veterinarians and veterinary facilities, the average cost for renal screening for a dog or cat in Hawaii is $217.01.

I, ERIN OWENS, DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: Honolulu, Hawaii, _____July 27, 2007_____.


_____
ERIN OWENS

NEWY1\8128466.1              -6-

EXHIBIT __F__