IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YVONNE ORTIZ, Individually and on behalf of all other similarly situated persons,<br><br>        Plaintiff,<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>        Defendants. | CIVIL NO. CV07-00323DAELEK<br>(Class Action)<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

THOMAS R. GRANDE, ESQ.   tgrande@davislevin.com        Sept. 4, 2007

EMILY A. GARDNER, ESQ.   eagardner@hawaii.rr.com        Sept. 4, 2007

I hereby also certify that a true and correct copy of the foregoing was served on the following person at the address indicated via the U.S. Postal Service, postage prepaid, on September 4, 2007, and via hand delivery on September 5, 2007:

>   MAGISTRATE JUDGE LESLIE E. KOBAYASHI
>   United States Courthouse
>   300 Ala Moana Boulevard
>   Honolulu, HI  96850

DATED:  Honolulu, Hawaii, ___September 4, 2007___.

/s/ Barbara J. Kirschenbaum
CHAD P. LOVE
BARBARA J. KIRSCHENBAUM

Attorneys for Defendants Menu Foods, Inc., Menu Foods Holdings, Inc., and Menu Foods Income Fund