LOVE & KIRSCHENBAUM
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE  1617-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. (808) 546-7575
Fax. No. (808) 546-7070
Email address:  clove@lkhawaii.com

Attorneys for Defendants Menu Foods Holdings, Inc.,
Menu Foods, Inc., and Menu Foods Income Fund

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YVONNE ORTIZ, Individually and on behalf of all other similarly situated persons, ) ) ) ) Plaintiff, ) ) vs. ) ) MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100, ) ) ) ) ) ) ) ) ) Defendants. ) ) _____) | CIVIL NO. CV07-00323DAELEK (Class Action)  AMENDED CERTIFICATE OF SERVICE; CERTIFICATE OF SERVICE  [Re Menu Foods Holdings, Inc.'s Objections to the Findings and Recommendation to Grant in Part and Deny in Part Plaintiff's Motion for Remand and Order Denying Defendants' Motion to Stay as Moot, filed 8/21/07] |

## AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of "Menu Foods Holdings, Inc.'s Objections to the Findings and Recommendation to Grant in Part and Deny in Part Plaintiff's Motion for Remand and Order Denying Defendants' Motion to Stay as Moot, filed 8/21/07" was served upon the following persons via the United States Postal Service, postage prepaid, at the addresses indicated on September 4, 2007:

>THOMAS R. GRANDE, ESQ.
>851 Fort Street, Ste. 400
>Honolulu, HI  96813
>    and
>EMILY A. GARDNER, ESQ.
>Dillingham Transportation Building
>735 Bishop St., Ste. 402
>Honolulu, HI  96813
>(Attorneys for Plaintiffs)

DATED:  Honolulu, Hawaii, September 5, 2007.

_____ /s/ Barbara J. Kirschenbaum_____
CHAD P. LOVE
BARBARA J. KIRSCHENBAUM

Attorneys for Defendants Menu Foods, Inc., Menu Foods Holdings, Inc., and Menu Foods Income Fund