IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YVONNE ORTIZ, Individually and on behalf of all other similarly situated persons, <br><br> Plaintiff, <br><br> vs. <br><br> MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100, <br><br> Defendants. <br> _____ | CIVIL NO. CV07-00323DAELEK (Class Action) <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Dockets.Justia.com

-2-

Served Electronically through CM/ECF:

THOMAS R. GRANDE, ESQ.   tgrande@davislevin.com          Sept. 5, 2007

EMILY A. GARDNER, ESQ.   eagardner@hawaii.rr.com         Sept. 5, 2007

     DATED:  Honolulu, Hawaii,   September 5, 2007   .


          /s/ Barbara J. Kirschenbaum
     CHAD P. LOVE
     BARBARA J. KIRSCHENBAUM


     Attorneys for Defendants Menu Foods, Inc.,
     Menu Foods Holdings, Inc., and Menu
     Foods Income Fund