LOVE & KIRSCHENBAUM
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE  1617-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. (808) 546-7575
Fax. No. (808) 546-7070
Email address:  clove@lkhawaii.com

Attorneys for Defendants Menu Foods,
Holdings, Inc. Menu Foods Menu Foods, Inc.,
and Menu Foods Income Fund

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YVONNE ORTIZ, Individually and on behalf of all other similarly situated persons,<br><br>             Plaintiff,<br><br>   vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>             Defendants.<br>_____ | CIVIL NO. CV07-00323(DAE/LEK)<br>(Class Action)<br><br>DEFENDANT MENU FOODS HOLDINGS, INC.'S EX PARTE APPLICATION FOR A HEARING RE DEFENDANT MENU FOODS HOLDINGS, INC.'S OBJECTIONS TO THE FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFFS' MOTION FOR REMAND AND ORDER DENYING DEFENDANTS' MOTION TO STAY AS MOOT, FILED 8/21/07, FILED 9/04/07; MEMORANDUM IN SUPPORT OF APPLICATION; CERTIFICATE OF SERVICE |

NEWY1\8141754.3

-2-

**DEFENDANT MENU FOODS HOLDINGS, INC.'S EX PARTE APPLICATION FOR A HEARING RE DEFENDANT MENU FOODS HOLDINGS, INC.'S OBJECTIONS TO THE FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFFS' MOTION FOR REMAND AND ORDER DENYING DEFENDANTS' MOTION TO STAY AS MOOT, FILED 8/21/07, FILED ON 9/04/07**

Defendant Menu Foods Holdings, Inc. ("Menu Foods") hereby applies, ex parte, for a hearing on its "Objections to the Findings and Recommendation to Grant in Part and Deny in Part Plaintiffs' Motion for Remand and Order Denying Defendants' Motion to Stay as Moot, filed 8/21/07", which was filed herein on September 4, 2007 ("Objections").

Because of the nationwide importance of this matter and because the parties have not had an opportunity to present oral arguments on the Motion for Remand and the Motion to Stay, said motions having been decided on the briefs, Menu Foods requests:

(1) That this matter be set for hearing and the parties be allowed to present oral arguments; and

(2) That, for the reasons set forth in its Memorandum in Support, the hearing be set for any time on October 2, 2007, or, alternatively, for October 1, 2007, after 1:00 p.m., or, if neither of these dates are acceptable, to some other date agreeable to the Court.

NEWY1\8141754.3

-3-

This Application is based on Local Rules 7.1, and 7.2(e) of the Rules of the United States District Court for the District of Hawaii, Rule 7 of the Federal Rules of Civil Procedure, the Memorandum attached hereto, and the records and files herein.

DATED:  Honolulu, Hawaii,    September 12, 2007    .


                                    /s/ Chad P. Love
                              CHAD P. LOVE
                              BARBARA J. KIRSCHENBAUM

                              Attorneys for Defendants Menu Foods
                              Holdings, Inc., Menu Foods, Inc., and
                              Menu Foods Income Fund