IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YVONNE ORTIZ, Individually and on behalf of all other similarly situated persons,<br><br>           Plaintiff,<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>           Defendants. | CIVIL NO. CV07-00323DAELEK<br>(Class Action)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

-2-

Served Electronically through CM/ECF:

THOMAS R. GRANDE, ESQ.   tgrande@davislevin.com         Sept. 12, 2007

EMILY A. GARDNER, ESQ.   eagardner@hawaii.rr.com        Sept. 12, 2007

     DATED: Honolulu, Hawaii,   September 12, 2007         .


                                            /s/ Chad P. Love
                                    CHAD P. LOVE
                                    BARBARA J. KIRSCHENBAUM

                                    Attorneys for Defendants Menu Foods, Inc.,
                                    Menu Foods Holdings, Inc., and Menu
                                    Foods Income Fund