IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YVONNE ORTIZ, Individually and on behalf of all other similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>Defendants.<br>_____ | CIVIL NO. CV07-00323(DAE/LEK)<br>(Class Action) |

ORDER DENYING DEFENDANT MENU FOODS HOLDINGS, INC.'S ("Defendant") EX PARTE APPLICATION FOR A HEARING RE: DEFENDANT'S OBJECTIONS TO THE FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF'S MOTION FOR REMAND AND ORDER DENYING <u>DEFENDANT'S MOTION TO STAY AS MOOT</u>

Defendant Menu Foods Holdings, Inc.'s ("Defendant') Ex Parte Application for a Hearing Re Defendant Menu Foods Holdings, Inc.'s Objections to the Findings and Recommendation to Grant in Part and Deny in Part Plaintiff's Motion for Remand and Order Denying Defendants' Motion to Stay as Moot

having been duly considered by this Court, is HEREBY DENIED. Objections to a Magistrate Judge's Findings and Recommendation are ordinarily a non-hearing matter and this Court does not find it necessary to set a hearing in this particular instance. Pursuant to Local Rule 7.2(e), this Court finds this matter suitable for disposition without a hearing.

DATED: Honolulu, Hawaii, September 17, 2007.



_____
David Alan Ezra
United States District Judge

Yvonne Ortiz vs. Menu Foods, Inc., et al., Civil No. 07-00323 DAE-LEK; ORDER DENYING DEFENDANT MENU FOODS HOLDINGS, INC.'S ("Defendant") EX PARTE APPLICATION FOR A HEARING RE: DEFENDANT'S OBJECTIONS TO THE FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF'S MOTION FOR REMAND AND ORDER DENYING DEFENDANTS' MOTION TO STAY AS MOOT