LOVE & KIRSCHENBAUM
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE  1617-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. (808) 546-7575
Fax. No. (808) 546-7070
Email address:  clove@lkhawaii.com

Attorneys for Defendants Menu Foods,
Holdings, Inc. Menu Foods Menu Foods, Inc.,
and Menu Foods Income Fund

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YVONNE ORTIZ, Individually and on behalf of all other similarly situated persons,<br><br>         Plaintiff,<br><br>  vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>         Defendants.<br>_____ | CIVIL NO. CV07-00323(DAE/LEK)<br>(Class Action)<br><br>DEFENDANT MENU FOODS HOLDINGS, INC.'S EX PARTE MOTION FOR LEAVE TO FILE A REPLY TO "PLAINTIFFS' RESPONSE TO ITS OBJECTIONS TO THE FINDINGS AND RECOMMENDA-TION TO GRANT IN PART AND DENY IN PART PLAINTIFFS' MOTION FOR REMAND AND ORDER DENYING DEFENDANTS' MOTION TO STAY AS MOOT, FILED 8/21/07", FILED 09/14/07; MEMORANDUM IN SUPPORT OF MOTION; EXHIBIT 1; CERTIFICATE OF SERVICE |

NEWY1\8147582.1

**DEFENDANT MENU FOODS HOLDINGS, INC.'S EX PARTE MOTION FOR LEAVE TO FILE A REPLY TO "PLAINTIFFS' RESPONSE TO ITS OBJECTIONS TO THE FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFFS' MOTION FOR REMAND AND ORDER DENYING DEFENDANTS' MOTION TO STAY AS MOOT, FILED 8/21/07", FILED 09/14/07**

Defendant Menu Foods Holdings, Inc. ("Menu Foods") hereby moves, *ex parte*, for leave of Court to file a Reply to Plaintiffs' Response (filed on September 14, 2007) ("Plaintiffs' Response") to "Menu Foods Holdings, Inc.'s Objections to the Findings and Recommendation to Grant in Part and Deny in Part Plaintiffs' Motion for Remand and Order Denying Defendants' Motion to Stay as Moot, filed 8/21/07", which was filed herein on September 4, 2007 ("Objections").

This Motion is made pursuant to Local Rule 74.2 of the Rules of the United States District Court for the District of Hawaii, Rule 7 of the Federal Rules of Civil Procedure, the Memorandum attached hereto, and the records and files herein.

DATED:  Honolulu, Hawaii,    September 21, 2007    .

        /s/ Chad P. Love
CHAD P. LOVE
BARBARA J. KIRSCHENBAUM
Attorneys for Defendants Menu Foods
Holdings, Inc., Menu Foods, Inc., and
Menu Foods Income Fund

-2-