LOVE & KIRSCHENBAUM
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE  1617-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. (808) 546-7575
Fax. No. (808) 546-7070
Email address: clove@lkhawaii.com

Attorneys for Defendants Menu Foods,
Holdings, Inc. Menu Foods, Inc.,
and Menu Foods Income Fund

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| YVONNE ORTIZ, Individually and on behalf of all other similarly situated persons,<br><br>          Plaintiff,<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>          Defendants. | CIVIL NO. CV07-00323(DAE/LEK)<br>(Class Action)<br><br>ORDER GRANTING "DEFENDANT MENU FOODS HOLDINGS, INC.'S EX PARTE MOTION FOR LEAVE TO FILE A REPLY TO 'PLAINTIFFS' RESPONSE TO ITS OBJECTIONS TO THE FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFFS' MOTION FOR REMAND AND ORDER DENYING DEFENDANTS' MOTION TO STAY AS MOOT, FILED 8/21/07', FILED 09/14/07", FILED 09/21/07 |

**ORDER GRANTING "DEFENDANT MENU FOODS HOLDINGS, INC.'S EX PARTE MOTION FOR LEAVE TO FILE A REPLY TO 'PLAINTIFFS' RESPONSE TO ITS OBJECTIONS TO THE FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFFS' MOTION FOR REMAND AND ORDER DENYING DEFENDANTS' MOTION TO STAY AS MOOT, FILED 8/21/07', FILED 09/14/07", FILED 09/21/07**

Defendant Menu Foods Holdings, Inc., Ex Parte Motion for Leave to File a Reply to 'Plaintiffs' Response to Its Objections to the Findings and Recommendation to Grant in Part and Deny in Part Plaintiffs' Motion for Remand and Order Denying Defendants' Motion to Stay as Moot, filed 8/21/07', filed 09/14/07", filed herein on September 21, 2007, having been duly considered by the Court and good cause appearing therefore,

IT IS HEREBY ORDERED that the Ex Parte Motion is granted and Defendant Menu Foods Holdings, Inc., is hereby granted leave to file the Reply Memorandum attached as Exhibit 1 to its Ex Parte Motion.

DATED: Honolulu, Hawaii, October 1, 2007.



_____
David Alan Ezra
United States District Judge

YVONNE ORTIZ v. MENU FOODS, INC., ET AL., CIV NO. CV07-00323 (DAE/LEK)
Order Granting "Defendant Menu Foods Holdings, Inc.'s Ex Parte Motion for Leave to File a Reply to 'Plaintiffs' Response to Its Objections to the Findings and Recommendation to Grant in Part and Deny in Part Plaintiffs' Motion for Remand and Order Denying Defendants' Motion to Stay as Moot, filed 8/21/07', filed 09/14/07", filed 09/21/07